[No. 6544-1. Division One. July 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. O'BRIEN MICHAEL COREY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83662, Warren Chan, J., entered April 4, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams and Andersen, JJ.

[No. 6694-1. Division One. July 16, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY R. WILKERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 2704, Howard A. Patrick, J., entered June 16, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow, C.J., and Williams, J.

[No. 6744-1; 6813-1. Division One. July 16, 1979.]

HARBOR INSURANCE COMPANY, *Respondent,* v. MISSION INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 839665, Horton Smith, J., entered June 9, 1978. *Remanded* by unpublished opinion per Farris, J., concurred in by Swanson, A.C.J., and Dore, J.